OPINION — AG — KEY WORDS: PROPERTY, REAL AND PERSONAL, TAXABLE, ASSESSED, MUNICIPAL, COUNTY, REGULATIONS, INTERSTATE COMMERCE COMMISSION, TAXATION, GOODS, WARES, MERCHANDISE, RATES, STORAGE, MANUFACTURING, PROCESSING, FABRICATING PURPOSES OPINION: SENATE BILL NO. 438 IN ITS PRESENT FORM, VIOLATES ARTICLE X, SECTION 6 AND ARTICLE V, SECTION 50 OF THE OKLAHOMA CONSTITUTION. CITE: 19 O.S. 1961 15.6 [19-15.6], OPINION NO. 64-250 (LEE COOK)